518

tion. (*People v. Novotny*, 41 Ill.2d 401, 411.) The trial judge obviously believed the testimony of these witnesses and indicated that he did not believe defendant. That is the proper province of the trial court and not ours. We conclude that the evidence supported the court's finding of guilty beyond a reasonable doubt.

The judgment is therefore affirmed.

Judgment affirmed.

DRUCKER and LORENZ, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* STEVEN SMITH (Impleaded), Defendant-Appellant.

(No. 54820;

First District—September 13, 1971.

Opinion by Mr. JUSTICE GOLDBERG.

Gillis, Gildea & Rimland, of Chicago, (Jack P. Rimland and E. James Gildea, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney of Cook County, of Chicago, (Robert A. Novelle and Nicholas Taubert, Assistant State's Attorneys, of cousel,) for the People.